

TACOMA - 7400.00 pd

7 Summons issued

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

<u>TACOMA</u>

<u>BERNARDINO GINO SANDOVAL,</u>
(Name of Plaintiff)

vs.

<u>MIKE R. OBENLAND,</u>
<u>SANDRA L. DIIMMEL,</u>
<u>BERNARD E. WARNER,</u>
<u>BELINDA STEWART,</u>
ATTACHED (Names of Defendant(s)) SHEET —
— ATTACHMENT-A. (Additional Defendants).

C17 5667 RJB-DWC

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983, AND REQUEST FOR: DECLARATORY AND INJUNCTIVE RELIEF, DEMAND FOR A TRIAL BY A FULL JURY.

**I. Previous Lawsuits:**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☒ Yes    ☐ No

B. If your answer to A is yes, how many?: <u>N/A</u>. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: <u>BERNARDINO GINO SANDOVAL,</u>

Defendants: <u>N/A.</u>

2

ATTACHMENT-A, (Additional Defendants).

STEPHEN SINCLAIR, SCOTT FRAKES, DEPARTMENT OF CORRECTIONS HEADQUARTERS INTELLIGENCE AND INVESTIGATION UNIT OFFICERS JOHN AND JANE DOES, Sued in Their Individual Capacities, AND DEPARTMENT OF CORRECTIONS, Sued in its Official Capacity.

Defendants.

2. Court (give name of District): EASTERN AND WESTERN of WA.

3. Docket Number: N/A.

4. Name of judge to whom case was assigned: N/A.

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): N/A.

6. Approximate date of filing lawsuit: N/A.

7. Approximate date of disposition: N/A.

**II. Place of Present Confinement:** _____

A. Is there a prisoner grievance procedure available at this institution? ☒ Yes ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint? ☒ Yes ☐ No

If your answer is NO, explain why not:
_____
_____

C. Is the grievance process completed? ☒ Yes ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**III. Parties to this Complaint**

A. Name of Plaintiff: BERNARDINO, GINO SANDOVAL    Inmate No.: _____
Address: 22828-108TH Ave, S.E. Kent, WA 98031

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Mike R. Obenland    Official Position: Superintendent
Place of employment: WSRU/MCC, P.O. Box 777, 16700-177Th Avenue, SE, Monroe, WA 98272-0777.

3

ATTACHMENT-B-(Defendants Add/Employment Possition)

## Defendant Address List

Please list the name and address of each defendant named in your complaint. **Do not use this form to add additional defendants**.

| DEFENDANT(S) NAME: | ADDRESS: |
|---|---|
| Bernard E. Warner, Director of DOC, (2014), | 7345 Linderson Way SW, Tumwater, WA 98501. |
| Belinda Stewart, Ass't Director of DOC (2014), | 7345 Linderson Way SW, Tumwater, WA 98501. |
| Stephen Sinclair, Ass't Director of DOC (2014), | P.O. Box 41100, Olympia, WA 98504-1100. |
| DOC Headquarters Intelligence and Investigation Unit officers, John and Jane Doe's 1-10, | 7345 Linderson Way SW, Tumwater, WA 98501. |
| Department of Corrections, | 7345 Linderson Way SW, Tumwater, WA 98501. |
| Scott Frakes, Ass't Director, | P.O. Box 41118, Olympia, WA 98504-1100 |

C. Additional defendants SANDRA L. DIIMMEL, College Assistant for DOC, Peninsula College, 1502 E. Lauridsen Blvd, Port Angeles, WA 98362

See Attachment- B,- (Additional Defendants)

### IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

In the month of May, 2014, I submitted a marriage application to marry another incarcerated inmate/offender of the same sex, while I was incarcerated at the Washington State Department of Corrections, Clallam Bay Correctional Center (CBCC). On June 26, 2014, I was retaliated against for submitting a marriage application by the Superintendent MR. Mike R. Obenland, by placing me in Administration Segregation unit for "Threat to other/self/security".

On July 2, 2014, MR. Obenland denied my marriage application, stating: "Your intended spouse/State registered domestic partner must be on the offender's approved visit list. Your intended spouse is not eligible to be placed on your visit list. Your request to get married is denied, due to ineligibility."

Sandra L. Diimmel, was temporary acting Superintendent for a short time, thereafter, where I submitted numerous appeals, letter's for reconsideration, but to no avail. I then wrote several letters to the director of DOC MR. Bernard E. Warner, who disregarded my appeals and had his designee's respond to my efforts of appeals.

MR. Stephen Sinclair, MR. Scott Frakes, and MS. Belinda Stewart, all responded, providing excuses, and denials, of my appeals.

In the months of July or August of 2014, I was transferred to another prison facility, with a Keep-Separate (Separatee) placed on me to keep me and my intended spouse/partner from ever attempting to marry while we are incarcerated.

See Attached Sheet- C.

4

Attached Sheet - C - Page 1, of 2.

While I was in Administrative-Segregation Unit, I was being investigated by the Department of Corrections Headquarter's Intelligence and Investigation Unit officers, who also retaliated against me for attempting to marry a (Same Sex) who was also incarcerated at the same facility at the time, (Transfer).
The Washington State Department of Corrections has two DOC Policies Directives (Regulations) that prevent and prohibit Same Sex Marriage.
DOC Policies: 590.200 (Marriage), and 450.300 (Visit). (DECLARATORY AND INJUNCTIVE RELIEF Request).
Same Sex Marriage is legal in Washington State with the exception for those who are incarcerated, (Prison).
Because of the Retaliation for attempting to marry, and being placed in Administrative Segregation, I suffered extreme mental anguish, depression, anxiety, and racing suicide thoughts, and loss of sleep and stomach aches, and pains, and was constantly feeling helplessness.
I begged for medical care, for my physical and mental conditions as stated above.
I was seen by Mental Health after I had been transferred.

-1-

Attached Sheet-C Page 2.
I was Seen by the Coyote Ridge Correctional Center's Mental Health Department, and was proscribed medication a Generic form of: Zoloft, called: "SERTRALINE", for a few months starting on 09-12-14. Prescribed by MR. Michael Reznicek (MD).

I have a State and U.S. Federal Constitutional Right to marry, who I want over the age of 18 in Washington State, and I was retaliated against for attempting to, and this caused me "abandonment" between Me and my Partner. The individuals directly and indirectly participated in violating my Civil Rights. And the State of Washington Department of Corrections refuses to change the Two Policies Directives in order to comply with State laws (Same Sex Marriage) and State and U.S. Federal Constitutional Rights, of the 1st, 8th, and 14th Amendments. A challenge to Washington State DOC, to determine the constitutionality of WDOC's Prison's Marriage Regulation, which prohibits inmates/offenders from marrying other inmates/offenders is not reasonably related to "any" legitimate Penobogical objective.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Award Plaintiff $16, Million for The intentional Retaliation for Attempting to exercise his Religious and fundamental U.S. Federal Constitutional Rights, causing Abandonment, Physical and Mental Health Suffering (pain), Compensatory, Treble, Monetary, Consequential, Nominal and Punitive Damages, U.S. Fed. Const. 1st, 8th, And 14th, Amendments.

See: Attached page 1).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of August 20 17.

I was Release from Prison on 07/14/17.

Bernardino Gino Sandoval
Signature of Plaintiff

Bernardino Gino Sandoval.
22828-108th Ave SE
Kent, WA 98031.

253-867-7324

5

RELIEF - CONTINUE.
Attached Page D.

(2) AWARD, Declaratory Judgment, and Injunctive Relief, to declare that Washington State Department of Corrections Policies Directive's 590.200 AND 450.300, are Unconstitutional and will no-longer be enforced and will be changed because of unlawful discriminage, And Injunctive Relief to cease and disist (STOP) the unlawful practice procedure, policy, custom, and habits of prohibiting and preventing inmates/offenders from same sex marriage while incarcerated while under the State of Washington's jurisdiction of imprisonment. (Clearly Discrimination)

(3) AND AWARD all costs and expenses in this case!

(4) AND ANY other equity Relief the court feels necessary for and in this case.