UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARDINO GINO SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>MIKE R OBENLAND, et al.,<br><br>Defendants. | CASE NO. 3:17-CV-05667-RJB-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: April 27, 2018 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Bernadino Gino Sandoval, proceeding *pro se*, initiated this civil rights action on August 24, 2017. *See* Dkt. 1. As Plaintiff has failed to respond to a Court Order and failed to provide identifying information for Defendants John/Jane Does, the Court recommends Defendants John/Jane Does be dismissed from this action without prejudice.

On October 31, 2017, Plaintiff filed a Motion requesting the Court serve Defendants. *See* Dkt. 2. The Court granted Plaintiff's request and directed service on Defendants on December 6, 2017. Dkt. 5. Defendants Mike Obenland, Sandra Diimmel, Bernard W. Warner, Belinda Stewart, Stephen Sinclair, Scott Frakes, and the Department of Corrections returned waivers of service and filed an Answer in this case. *See* Dkt. 6, 8-14.

Defendants John and Jane Does of the Department of Corrections Headquarters Intelligence and Investigation Unit have not filed waivers of service or an answer. Plaintiff has not provided information that is sufficient for the Court to identify and serve Defendants John/Jane Does. Therefore, on February 22, 2018, the Court directed Plaintiff to provide the names and addresses of Defendants John/Jane Doe by March 23, 2018. The Court warned Plaintiff that if he was unable to provide the Court with the names and addresses of Defendants John/Jane Doe, the Court may recommend dismissal of Defendants John/Jane Doe from this case.

At this time, Plaintiff has failed to respond to the Court's Order and failed to provide names and addresses for Defendants John/Jane Doe. Further, discovery began on February 1, 2018, and Plaintiff has not indicated he has attempted to obtain the identities of the Doe Defendants through discovery. Therefore, the Court recommends Defendants John/Jane Does be dismissed without prejudice from this action.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on April 27, 2018, as noted in the caption.

Dated this 10th day of April, 2018.

David W. Christel
United States Magistrate Judge