SENIOR DISTRICT JUDGE ROBERT J. BRYAN
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARDINO GINO SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>MIKE R OBENLAND, et al.,<br><br>Defendants. | NO. 3:17-cv-05667-RJB-DWC<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AFFIDAVIT |

The Defendants, respectfully file their response to Plaintiff's motion for affidavit. ECF No. 39.

**RESPONSE**

Sandoval's claims arise out of his previous request to marry another incarcerated inmate in 2014. At that time, the Department's marriage application policy required that the intended spouse be on the inmate's approved visitor list. Despite Sandoval's release from Department custody, and the Department revision of the policy, which removed the approved visitor requirement[1], Sandoval filed this frivolous litigation alleging $16,000,000 in damages. ECF No. 1. Sandoval now seeks an order requiring a non-party to permit him to obtain an affidavit in

---

[1] See policy 590.200, Offender Marriages and State Registered Domestic Partnerships at http://www.doc.wa.gov/information/policies/default.aspx

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR AFFIDAVIT
No. 3:17-cv-05667-RJB-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

this case. ECF No. 39. Defendants are not in a position nor do they have the knowledge to determine the King County jail's penological security reasons for prohibiting Sandoval's contact with Department of Corrections inmate Alan French. *Turner v. Safley*, 482 U.S. 78, 85 (1987) ("Prison administration is, moreover, a task that has been committed to the responsibility of those [executive and legislative] branches and separation of powers concerns counsels a policy of judicial restraint. Where a state penal system is involved, federal courts have … additional reason to accord deference to the appropriate prison authorities.").

On May 21, 2018, the Defendants conducted the deposition of inmate Alan French. During the deposition, Defendants' counsel asked French the specific questions Sandoval is requesting his affidavit answer. Declaration of Candie M. Dibble in Support of Defendants' Response to Plaintiff's Motion for Affidavit, Attachment A. Because French answered Sandoval's proposed questions under oath during the deposition, an affidavit is unnecessary.

## CONCLUSION

Because Sandoval is asking the Court to order injunctive relief from a non-party and French answered his questions under oath during a deposition, Sandoval's motion for an affidavit should be denied.

RESPECTFULLY SUBMITTED this 29th day of May, 2018.

ROBERT W. FERGUSON
Attorney General

s/ Candie M. Dibble
CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
CandieD@atg.wa.gov

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR AFFIDAVIT
No. 3:17-cv-05667-RJB-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendants' Response to Plaintiff's Motion to Extend Discovery Deadlines to be electronically filed with the Clerk of the Court using the CM/ECF system, and I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

BERNADINO G. SANDOVAL BA #218007343
MALENG REGIONAL JUSTICE CENTER
DEPT. OF ADULT DETENTION
620 WEST JAMES STREET
KENT, WA 98032

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 29th day of May, 2018, at Spokane, Washington.

s/ Patty Willoughby
PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR AFFIDAVIT
No. 3:17-cv-05667-RJB-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123