SENIOR DISTRICT JUDGE ROBERT J. BRYAN
MAGISTRATE JUDGE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| BERNARDINO GINO SANDOVAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIKE R OBENLAND, et al.,<br><br>　　　　　　　　　　Defendants. | NO. 3:17-cv-05667-RJB-DWC<br><br>DECLARATION OF PATTY WILLOUGHBY IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION |

I, PATTY WILLOUGHBY, make the following declaration:

1. I have knowledge of the facts herein, am over eighteen years of age, and am competent to testify to such facts. I am not a party to this lawsuit.

2. I am a legal assistant with the Washington State Office of the Attorney General, Corrections Division in Spokane, Washington.

3. I am familiar with the Offender Management Network Information (OMNI) used by the Department of Corrections (DOC). I am authorized by the DOC to retrieve information from OMNI. Information regarding an offender's location, custody, birth date, sentence, infractions, sanctions, and chrono notes are entered and tracked on OMNI.

DECLARATION OF PATTY WILLOUGHBY IN SUPPORT OF DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION
No. 3:17-cv-05667-RJB-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

4. My review of the DOC records for Lorenzo Bernadino Sandoval, DOC#283632 indicates he was released from DOC custody on July 14, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 30th day of May, 2018, at Spokane, Washington.

_____
PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

DECLARATION OF PATTY WILLOUGHBY
IN SUPPORT OF DEFENDANTS' RESPONSE
TO MOTION FOR PRELIMINARY
INJUNCTION
No. 3:17-cv-05667-RJB-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Declaration of Patty Willoughby in Support Of Defendants' Response to Motion for Preliminary Injunction to be electronically filed with the Clerk of the Court using the CM/ECF system, and I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

BERNADINO G. SANDOVAL BA #218007343
MALENG REGIONAL JUSTICE CENTER
DEPT. OF ADULT DETENTION
620 WEST JAMES STREET
KENT, WA 98032

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 30th day of May, 2018, at Spokane, Washington.

PATTY WILLOUGHBY
Legal Assistant III
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
PattyW@atg.wa.gov

DECLARATION OF PATTY WILLOUGHBY
IN SUPPORT OF DEFENDANTS' RESPONSE
TO MOTION FOR PRELIMINARY
INJUNCTION
No. 3:17-cv-05667-RJB-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123