

**King County**
Department of Public Defense

SCRAP Division
420 W. Harrison, # 101
Kent WA 98032
206-477-9200    Fax 206-852-9686
Toll Free 1-800-275-1445



FILED _____ LODGED
RECEIVED
JUL 10 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                                           DEPUTY

July 6, 2018

**The Honorable Robert J. Bryan**
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

RE:  Sandoval v Oberland Et. Al.  USDC WD # 3-17-CV 05667-RJB-DWC

Dear Judge Bryan,

First let me say that it is good to be able to say hello. I practiced before you many years back in Kitsap County and always respected you as jurist. I doubt that you will remember me, because it's been a couple of years, but I hope that you are well.

I'm now a public defender in King County (and have been for a couple of years) and I represent Bernardino Sandoval in a criminal matter pending in King County.
Mr. Sandoval has asked me to drop you a brief note about the posture of his case in King County.

Mr. Sandoval has been charged with Assault in the First Degree under cause number 18-1-01927-0KNT arising out of an incident occurring on or about March 13th 2018. The state has alleged that the complaining witness was stabbed in the back by Mr. Sandoval.

The state has also alleged that because of Mr. Sandoval's criminal history they believe that this is a third strike case and that should he be convicted, that Mr. Sandoval is looking at life in prison.

Mr. Sandoval was taken to arraignment on March 27th 2018, and we are hopeful that the matter will resolve in the next three to four months.


RECYCLED PAPER

Again it is a pleasure being able to say hello and f you have any additional questions for me in regards to the status of Mr. Sandoval's case please do not hesitate to call or write at your convenience.

                                  Sincerely,

                                  Jim Conroy (206) 477-9211

Notice To:

_____
Candie M. Dibble WSBA # 42279
Assistant Attorney General



**Conrey**
**Department of Public Defense**
**SCRAP Division**
420 West Harrison Street, Suite 101
Kent, WA 98032

King County

RETURN SERVICE REQUESTED

First Class Pre-sort
Presort

**The Honorable Robert J. Bryan**
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

135   FSF-JMB   98402