UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARDINO GINO SANDOVAL,

           Plaintiff,

   v.

MIKE OBENLAND, et al.,

           Defendants.

CIVIL JUDGMENT

CASE NO. 3:17-cv-5667-RJB

\_\_\_ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- The Court adopts the Report and Recommendation.
- Defendants' Motion for Summary Judgment (Dkts. 50, 66) is granted, and Plaintiff's claims are dismissed with prejudice.
- This case IS CLOSED.

Dated this 19th day of February, 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tyler Campbell
                                          Tyler Campbell, Deputy Clerk

Judgment