UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED
LODGED
RECEIVED
MAR 04 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

BERNARDINO GINO SANDOVAL,

        Plaintiff(s),

v.

MIKE OBENLAND, et. al.,

        Defendant(s).

NOTICE OF CIVIL APPEAL

Case No. 3:17-CV-05667-RJB-DWC

District Court Judge

Notice is hereby given that **Bernardino Gino Sandoval**
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

**Order Adopting Report And Recommendation**
(Name of Order/Judgment)

entered in this action on **2-19-19**.
(Date of Order)

Dated: **2-27-19**

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

*/s/ Bernardino Sandoval*
Signature of Counsel for Appellant or Appellant/*Pro Se*

King Co. Jail (Kent-RJC)
620 West James St.
Kent, WA. 98032

NOTICE OF CIVIL APPEAL - 1