Name Bernardino Sandoval
Bkg. # 218007343/E-136
King County Correctional Facility
620 West James Street
Kent, WA 98032

LEGAL MAiL

SEATTLE
WA 980
28 FEB '19
PM 4 L

NEOPOST
02/28/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 98032
041M11298599

Clerk, United States District Court
United States Courthouse
1717 Pacific Ave, RM 3100
Tacoma, WA 98402-3200

98402-320099