UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERNARDINO GINO SANDOVAL,<br><br>Petitioner,<br><br>v.<br><br>MIKE OBENLAND, et al.,<br><br>Respondents. | CASE NO. 17-cv-5667 RJB<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

This matter comes before the Court on Petitioner's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") on appeal. Dkt.74. The Court has considered the relevant documents and the remainder of the file herein.

On March 4, 2019, Petitioner filed a Notice of Appeal of the Court's Order Adopting Report and Recommendation granting Defendants' motion for summary judgment and dismissing Petitioner's 42 U.S.C. § 1983 civil rights complaint. *See* Dkt. 76; *see also* Dkts. 70; 72; and 73.

**Motion to Proceed IFP on Appeal.** On March 4, 2019, Petitioner filed the instant motion to proceed IFP on appeal. Dkt. 74. A motion to proceed IFP on appeal must be filed in

the district court. *See* Fed. R. App. P. 24. A review of the documentation petitioner has submitted shows that he is unable to pay the filing fee at this time. Petitioner's motion to proceed IFP on appeal (Dkt. 74) is **GRANTED**.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of March, 2019.

ROBERT J. BRYAN
United States District Judge