AFFIDAVIT

STATE OF WASHINGTON  
COUNTY OF KING } SS: BERNARDINO SANDOVAL

I, MR. BERNARDINO SANDOVAL, declares under Penalty of Perjury, under the laws of the State of Washington, RCW 9A.72.085, and to the laws of United States of America, 28 U.S.C. §1746, that the following is true and correct.

Deposed and Says:

On August 24, 2017, I personally paid in cash $300.00 to the Clerk, of the United States District Court, Western District of Washington in Tacoma, and my friend Mr. Warren E. Bell, paid $50.00 by credit card to the same Clerk, at the same time.

DATED: 03/15/19.

_Mr. Bernardino Sandoval_  
MR. BERNARDINO SANDOVAL  
#218007343 / E-136  
King Co. Jail (Kent-MRJC)  
620 West James St. Kent, WA 98032.

AFFIDAVIT:

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number     3:17-cv-05667-RJB-DWC

FILED LODGED RECEIVED MAR 21 2019 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY

    By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

    I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

03/15/2019      *Bernardino Sandoval*
Date      Signature of Applicant

BERNARDINO Gino SANDOVAL      ————
Committed Name of Applicant      Inmate Number

ON AUGUST 24TH, 2017, I PERSONALLY PAID THIS U.S.D.C., CLERK, OF TACOMA, WASHINGTON IN CASH $300.00 AND MR. WARREN BELL PAID BY CREDIT CARD $50.00 FOR ME HE IS MY WITNESS. THIS COURT CLERK OFFICE HAS STOLEN MY MONEY AND IS CLAIMING I DID NOT PAY. I AM FORCED TO SIGN THIS DOCUMENT TO AVOID A DISMISSAL WHICH THE BIAS AND PREJUDICIAL GAY HATER MAGISTRATE MR. CHRISTEL JUDGE HAS ALREADY DISMISSED MY CASE, IN ERROR! I SWEAR UNDER PENALTY OF PERJURY I'M GOING TO FILE A CIVIL SUIT AGAINST THE CLERKS THEFT!

*Bernardino Sandoval*

03-15-19.

Page of

Name Bernardino Sandoval
Bkg. # 218007343 / E-136
King County Correctional Facility
620 West James Street
Kent, WA 98032

LEGAL
MAIL

SEATTLE WA ~~NEOPOST~~
03/19/2019 US POSTAGE $000.50°
ZIP 98032
041M11298599

Mr. William M. McCool
Clerk of Court
1717 Pacific Ave.
Room 3100
Tacoma, WA 98402

98402-320055